

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00325-CV

**ISI CONTRACTING, INC.** and Guerra Construction,
Appellants

v.

Naomi **MARKHAM**, Carrie Markham, and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01166
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellees' briefs were originally due November 2, 2021. On October 25, 2021, appellees filed a motion for extension requesting an additional two weeks as well as permission to file one consolidated brief responsive to the two appellants' briefs. After consideration, we GRANT the motion and ORDER appellees to file the consolidated brief by November 16, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court